UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Gina Gayle,<br>Debtor | Chapter: 7<br>Case No: 22–11086<br>Judge Christopher J. Panos |

**ORDER DISCHARGING TRUSTEE
AND CLOSING CASE**

It is hereby **ORDERED** that Mark G. DeGiacomo, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:11/28/22                                                                By the Court,

                                                                             Christopher J. Panos
                                                                             U.S. Bankruptcy Judge